IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-7-D

| | |
|---|---|
| STEVEN N. FULTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| ISAAC HANNAH COLEMAN, et al., | ) ) ) |
| Defendants. | ) |

On July 7, 2014, Steven N. Fulton filed a motion for reconsideration. See [D.E. 23]. The court has considered the motion for reconsideration under the governing standard. See, e.g., Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Hill v. Braxton, 277 F.3d 701, 708 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995); Collison v. Int'l Chem. Workers Union, 34 F.3d 233, 236 (4th Cir. 1994); Hutchinson v. Staton, 994 F.2d 1076, 1081 (4th Cir. 1993). The motion [D.E. 23] lacks merit and is DENIED.

SO ORDERED. This 9 day of July 2014.

JAMES C. DEVER III
Chief United States District Judge