IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-7-D

| | |
|---|---|
| STEVEN W. FULTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) |
| ISAAC HANNAH COLEMAN, NEW ENGLAND MOTOR FREIGHT, ABC CORP., and JOHN DOES 1-3, | ) ) ) ) |
| Defendants. | ) |

On August 5, 2014, defendants filed a motion for sanctions [D.E. 26]. On August 13, 2014, Steven W. Fulton filed a motion for reconsideration [D.E. 29].

The motion for reconsideration [D.E. 29] is baseless and is DENIED. See, e.g., Zinkard v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005). The court understands defendants' frustration with Fulton and the motion for sanctions. Nonetheless, having fully considered the entire record, the motion [D.E. 26] is DENIED. Fulton is WARNED, however, that if he makes any more baseless filings in this court, this court will impose sanctions.

SO ORDERED. This 19 day of September 2014.

JAMES C. DEVER III
Chief United States District Judge