IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-7-D

| | |
|---|---|
| STEVEN N. FULTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ISAAC HANNAH COLEMAN, ) | |
| NEW ENGLAND MOTOR FREIGHT, ) | |
| ABC CORP., and JOHN DOES 1-3, ) | |
| ) | |
| Defendants. ) | |

Despite this court's warning of September 19, 2014 [D.E. 30], plaintiff filed yet another baseless motion. See [D.E. 31]. Defendants oppose the motion and seek sanctions. See [D.E. 34, 35].

Plaintiff's motion [D.E. 31] is DENIED as frivolous. Defendants' motion for sanctions [D.E. 34] is GRANTED. Plaintiff is sanctioned $500 and shall pay $500 to defendants for their costs and attorney's fees in responding to his latest motion.

SO ORDERED. This 16 day of February 2015.

JAMES C. DEVER III
Chief United States District Judge