IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-7-D

| | | |
|---|---|---|
| STEVEN N. FULTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ISAAC HANNAH COLEMAN, | ) | |
| NEW ENGLAND MOTOR FREIGHT, | ) | |
| ABC CORP., and JOHN DOES 1-3, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's motion to suppress [D.E. 38] is DENIED as frivolous. Defendants' motion for sanctions [D.E. 40] is DENIED.

SO ORDERED. This **28** day of May 2015.

                                                                             JAMES C. DEVER III
                                                                             Chief United States District Judge